# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT EDWARDS | Case No. 2:17-cv-00645-JCM-CWH |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Defendant City of Las Vegas' motion to stay discovery (ECF No. 20), filed on May 25, 2017, along with notices of joinder (ECF Nos. 21 and 22) from the other named defendants in this case. To date, Plaintiff has not filed a response. Defendants move the Court to stay discovery in this matter until the decision on the pending motion to dismiss (ECF No. 15) is announced.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Plaintiff has not responded to the motion.

//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Defendants' motion to stay (ECF No. 20) is |
| 2 | GRANTED.  After the Court's decision on the pending motion to dismiss (ECF No. 15) is |
| 3 | announced, either party may move to lift the stay. |

DATED: June 13, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge