# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT EDWARDS, | Case No. 2:17-CV-645 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Edwards v. State of Nevada et al*, case no. 2:17-cv-00645-JCM-CWH.

On June 13, 2017, Magistrate Judge Hoffman granted a stay of proceedings pending resolution of three outstanding motions to dismiss. (ECF No. 23). On November 30, 2017, the court granted the motions to dismiss, thereby dismissing plaintiff's claims without prejudice against all but two defendants. (ECF No. 25). The court orders the remaining parties to file a joint status report indicating the status of the case and the continuing need for a stay of proceedings.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED THIS 23rd day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE